```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 06385
   MELBA L MARTIN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-3641


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/19/2004 and was confirmed 04/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  18.67%.

     The case was paid in full 11/26/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
CITIBANK                   CURRENT MORTG       .00            .00            .00
*SCHOTTLER & ZUKOSKY       PRIORITY       NOT FILED           .00            .00
LVNV FUNDING LLC           UNSECURED        5593.83           .00        1044.14
ROUNDUP FUNDING LLC        UNSECURED OTH  14073.57            .00        2627.11
AMOCO BP                   UNSECURED      NOT FILED           .00            .00
CARSON PIRIE SCOTT         UNSECURED         521.37           .00          97.32
JC PENNEY                  UNSECURED      NOT FILED           .00            .00
RESURGENT ACQUISITION LL   UNSECURED        7897.13           .00        1474.08
RESURGENT ACQUISITION LL   UNSECURED        7757.71           .00        1448.05
WAL MART STORES INC        UNSECURED      NOT FILED           .00            .00
FIRST NORTH AMERICAN NAT   SECURED             .00            .00            .00
FIRST NORTH AMERICAN NAT   UNSECURED        2908.11           .00         542.83
*SCHOTTLER & ZUKOSKY       DEBTOR ATTY     2,000.00                      2,000.00
TOM VAUGHN                 TRUSTEE                                         531.48
DEBTOR REFUND              REFUND                                           21.99

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               9,787.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                   7,233.53
ADMINISTRATIVE                              2,000.00
TRUSTEE COMPENSATION                          531.48
DEBTOR REFUND                                  21.99
                      ---------------      ---------------
TOTALS                9,787.00              9,787.00


               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 06385 MELBA L MARTIN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 02/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 06385 MELBA L MARTIN